Sylvester T. SMITH et al., Appellants, v. NEW YORK LIFE INSURANCE CO. OF NEW YORK, Appellee.

Circuit Court of Appeals, Fifth Circuit. March 9, 1929.

No. 5416.

G. L. Porterie, of Marksville, La., for appellants.

Richard B. Montgomery and Richard B. Montgomery, Jr., both of New Orleans, La., and R. F. White, of Alexandria, La., for appellee.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

BRYAN, Circuit Judge. It was stipulated by counsel that the above case should abide the result of the appeal in Theodosia S. Smith v. Mutual Life Insurance Co. of New York · (C. C. A.) 31 F.(2d) .280, this day decided and affirmed.

Accordingly the judgment herein is affirmed.